# United States District Court

__CENTRAL DIVISION__     DISTRICT OF  ____UTAH____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>**THOMAS JAMES ZAJAC** | **SEALED**<br>**WARRANT FOR ARREST**<br><br>CASE NUMBER:   A-06-338M |

To: The United States Marshal
and any Authorized United States Officer

**SEALED**

YOU ARE HEREBY COMMANDED to arrest _____**THOMAS JAMES ZAJAC**_____
                                                                                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**26 U.S.C. § 5861 (d)**
**POSSESSION OF AN UNREGISTERED DESTRUCTIVE DEVICE**

in violation of Title __26__ United States Code, Section(s) __5861 (d)__

| | |
|---|---|
| **SAMUEL ALBA**<br>Name of Issuing Officer<br><br>*[signature]*<br>Signature of Issuing officer | **US MAGISTRATE JUDGE**<br>Title of Issuing Officer<br><br>10/27/06    SALT LAKE CITY, UTAH<br>Date and Location |

Bail fixed at $ _____    by _____
                                                                                         Name of Judicial Officer

| **RETURN** ||
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ ||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |